FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAN 0 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08CR 0004 |
| | ) | |
| v. | ) | Violations: Title 18, United States |
| | ) | Code, Sections 922(g)(1) and 922(k). |
| TIMOTHY WALDING | ) | |
| | ) | |

JUDGE LEFKOW

MAGISTRATE JUDGE MASON

**COUNT ONE**

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about January 17, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

TIMOTHY WALDING,

defendant herein, previously having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, namely, one .25 caliber, semi-automatic Jennings firearm by Bryco Firearms, with a removed, obliterated, and altered serial number, loaded with one round of Federal .25 caliber ammunition and one round of Remington-Peters .25 caliber ammunition, which possession was in and affecting interstate commerce in that the firearm had previously traveled in interstate commerce;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## COUNT TWO

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about January 17, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

### TIMOTHY WALDING,

defendant herein, did knowingly possess a firearm, namely, one .25 caliber, semi-automatic Jennings firearm by Bryco Firearms, with a removed, obliterated, and altered serial number, loaded with one round of Federal .25 caliber ammunition and one round of Remington-Peters .25 caliber ammunition, from which the manufacturer's serial number had been removed and obliterated, and which firearm had previously traveled in interstate commerce;

In violation of Title 18, United States Code, Section 922(k).

## FORFEITURE ALLEGATION

The SPECIAL JUNE 2007 GRAND JURY further charges:

1. The allegations contained in this Indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of his violations of Title 18, United States Code, Sections 922(g)(1) and 922(k), as alleged in the foregoing Indictment,

TIMOTHY WALDING,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section, 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offense.

3. The interest of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) is one .25 caliber, semi-automatic Jennings firearm by Bryco Firearms, with a removed, obliterated, and altered serial number, one round of Federal .25 caliber ammunition, and one round of Remington-Peters .25 caliber ammunition.

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY