Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 4 | **DATE** | 1/9/2008 |
| **CASE TITLE** | United States vs. Timothy Walding | | |

**DOCKET ENTRY TEXT**

Petition for writ of habeas corpus ad prosequendum is granted. Writs to issue. Writ is returnable on 1/31/08 at 11:00 a.m. in courtroom 2214 for arraignment. Enter order on petition for writ of habeas corpus ad prosequendum.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Writs Issued
JAN 0 9 2008

| | | Courtroom Deputy Initials: | KF |
|---|---|---|---|