**FILED**
**JAN 1 4 2008**
MICHAEL T. MASON
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   08 CR 04 |
| | ) | Judge Michael T. Mason |
| TIMOTHY WALDING | ) | |

## AMENDED PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

> Name:
> Date of Birth:
> Sex:
> Race:
> Prisoner No.:

has been and now is, in due form and process of law, detained in the following institution:

> WESTERN ILLINOIS CORRECTIONAL CENTER

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with violations of Title 18, United States Code, Sections 922(g)(1) and 922(k), and is now wanted in such division and district on January 30, 2008, at 11:00 a.m. for a hearing to revoke his supervised release before Judge Mason, Courtroom 2214.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL | WARDEN |
| Northern District of Illinois | Western Illinois Correctional Center |
| Chicago, Illinois | Mount Sterling, Illinois |

commanding them to produce the body of the said prisoner before this Court at said time and on said date, and that when the said prisoner shall be so produced pursuant to said Writ, and that when these proceedings have been concluded, that Timothy Walding remain in federal custody until the termination of the proceedings in Case No. 08 CR 04.

Dated: January 14, 2008

                                Respectfully submitted,

                                PATRICK J. FITZGERALD
                                United States Attorney

By: _____
      LISA M. NOLLER
      Assistant United States Attorney
      219 S. Dearborn
      5th Floor
      Chicago, Illinois 60604
      (312) 353-5314