UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No.    08 CR 04 |
| ) | Judge   Michael T. Mason |
| TIMOTHY WALDING ) | |

### AMENDED ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

    Name:
    Date of Birth:
    Sex:
    Race:
    Prisoner No.:

has been and now is, in due process of law, incarcerated in the following institution:

WESTERN ILLINOIS CORRECTIONAL CENTER,

and that said defendant is charged in the above-captioned case with violations of Title 18, United States Code, Sections 922(g)(1) and 922(k), and that said defendant should appear in this case in the United States District Court at Chicago, Illinois at 11:00 a.m. on January 30, 2008, for a hearing to revoke his supervised release before the Honorable Michael T. Mason, Magistrate Judge, Courtroom 2214.

    IT IS THEREFORE ORDERED that the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL | WARDEN |
| Northern District of Illinois | Western Illinois Correctional Center |
| Chicago, Illinois | Mount Sterling, Illinois |

bring or cause to be brought before this Court, at said time on said date, in the United States Court House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad

Prosecuendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

*Michael Mason*
JUDGE

DATED at Chicago, Illinois
this __14__ day of January, 2008