## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 4 | **DATE** | 1/30/2008 |
| **CASE TITLE** | United States vs. Timothy Walding | | |

**DOCKET ENTRY TEXT**

Arraignment held on 1/30/08. Defendant informed of his rights. Mary Judge is appointed as counsel for defendant. Defendant enters a plea of not guilty to the Indictment. Government's oral motion for detention is granted; defendant having waived the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Defendant is remanded to the custody of the U.S. Marshal Service and defendant will remain in custody pending trial or until further order of the Court. Rule 16.1(a) conference by 2/6/08. Pretrial motions to be filed by 2/20/08. Responses to be filed by 3/5/08. Replies to be filed by 3/12/08. Status hearing before Judge Lefkow set for 3/19/08 at 9:45 a.m. Time is excluded pursuant to 18:3161(h)(1)(F).     (X-E)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | KF |
|---|---|---|