# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                           Case Number: 08 CR 004

United States
v.
*Timothy Walding*

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

*Mr. Timothy Walding*

FILED
JAN 3 0 2008
MICHAEL T. MASON
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| **NAME (Type or print)** Mary H. Judge | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) s/ [signature] | |
| **FIRM** Federal Defender Program | |
| **STREET ADDRESS** 55 E. Monroe St., Suite 2800 | |
| **CITY/STATE/ZIP** Chicago, IL 60603 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** 6244586 | **TELEPHONE NUMBER** 312/621-8300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ✓ | |