## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                                      Case No.: 1:08−cr−00004
                                                      Honorable Joan H. Lefkow

Timothy Walding

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 19, 2008:

      MINUTE entry before Judge Honorable Joan H. Lefkow as to Timothy Walding:Status hearing held on 3/19/2008 and continued to 5/28/2008 at 09:30 AM. Defendant's oral motion to extend date to 4/2/2008 to file pretrial motions is granted. Response due by 4/16/2008; reply due by 4/23/2008; ruling will issue by mail by 5/23/2008. Government's oral motion to exclude time is granted. The period beginning 3/19/2008 through 5/28/2008 pursuant to 18.3161(h)(1)(F). Mailed notice (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.