UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 04 |
| v. | ) | |
| | ) | Judge Joan H. Lefkow |
| TIMOTHY WALDING | ) | |

## NOTICE OF FILING

TO: MARY H. JUDGE
     Federal Defender Program
     55 E. Monroe Street, Suite 2800
     Chicago, IL 60603

    Please take notice that on this 16th day of April, 2008, the undersigned filed the following documents in the above-captioned matter, a copy of which attached hereto: GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS SHOW-UP IDENTIFICATION

                              Respectfully submitted,

                              PATRICK J. FITZGERALD
                              United States Attorney

           By:    s/Michael J. Ferrara
                     MICHAEL J. FERRARA
                     Assistant United States Attorney
                     219 South Dearborn, 5th Floor
                     Chicago, Illinois 60604
                     (312) 886-7649