## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 004 | DATE | 5/28/2008 |
| CASE TITLE | USA vs. Timothy Walding | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 6/10/2008 at 9:15 a.m. to set date for change of plea or trial. Defendant's oral motion for order directing the United States Marshal and Kankakee County Jail to promptly provide defendant Timothy Walding for an eye examination, and if recommended, eye glasses, is granted. Enter Order. Oral motion of the Government to exclude time is granted without objection. In the interest of justice, the period beginning 5/28/2008 through 6/10/2008 is excluded pursuant to 18.3161(h)(8)(A)(B).

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | MD |
|---|---|---|