IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 04 |
| v. | ) | Hon. Joan H. Lefkow |
| | ) | |
| TIMOTHY WALDING | ) | |

## ORDER

This matter being brought before the Court and all parties advised thereof, IT IS HEREBY ORDERED THAT the United States Marshal and Kankakee County Jail promptly provide TIMOTHY WALDING the opportunity for an eye examination and if recommended, eye glasses, to alleviate headache and seizures and to aid his vision, as stated in open court on May 28, 2008.

SO ORDERED:

_____
Hon. Joan H. Lefkow

Entered:

5-28-08