## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 004 | **DATE** | 6/10/2008 |
| **CASE TITLE** | USA vs. Timothy Walding | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 7/9/2008 at 9:30 a.m. Oral motion of the Government to exclude time is granted. The period beginning 6/10/2008 through 7/9/2008 is excluded pursuant to 18.3161(h)(1)(I). X-7

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MD |
|---|---|---|