**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division**

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                          Case No.: 1:08−cr−00004
                                                 Honorable Joan H. Lefkow

Timothy Walding

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 1, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow as to Timothy Walding: Status hearing of 8/27/2008 stricken and reset to 9/17/2008 at 09:30 AM by agreement. The period beginning 8/1/2008 through 9/17/2008 is excluded pursuant to 18.3161(h)(1)(I). Mailed and telephoned notice (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.